715 A.2d 966

IN THE MATTER OF DONALD F. TOMPKINS,
AN ATTORNEY AT LAW.

Decided June 30, 1998.

## ORDER

The Disciplinary Review Board on January 16, 1998, having filed with the Court its decision concluding that **DONALD F. TOMPKINS** of **WAYNE**, who was admitted to the bar of this State in 1969, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15 (failure to safeguard client funds and to comply with the recordkeeping requirements of *Rule* 1:21–6);

And the Disciplinary Review Board having further concluded that on application for reinstatement, respondent must submit to the Office of Attorney Ethics quarterly trust account reconciliations prepared by a certified public accountant approved by the Office of Attorney Ethics for a period of two years;

And good cause appearing;

It is ORDERED that **DONALD F. TOMPKINS** is hereby suspended from the practice of law for a period of three months, effective July 27, 1998, and until further Order of the Court; and it is further

ORDERED that on application for reinstatement respondent shall submit to the Office of Attorney Ethics quarterly trust account reconciliations prepared by a certified public accountant and approved by the Office of Attorney Ethics for a period of two years; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.